**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**HARRISON DIVISION**

**KENDALL WILLIS**                                                                                      **PLAINTIFF**

**V.**                                      **CASE NO. 3:25-CV-3015**

**JAIL ADMINISTRATOR LOLA BEAVERS MITCHELL,**
**Madison County Detention Center; and**
**SHERIFF RONNIE BOYD, Madison, Couty, Arkansas**                    **DEFENDANTS**

**ORDER**

Comes on for consideration the Report and Recommendation ("R&R") (Doc. 29) filed in this case on August 25, 2025, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. No party filed objections to the R&R, and the time to file objections has now passed.

**IT IS THEREFORE ORDERED** that the R&R is **ADOPTED IN ITS ENTIRETY**, and the case is **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and Rule 5.5(c)(2) of the Local Rules for the Eastern and Western Districts of Arkansas.

**IT IS SO ORDERED** on this 12th day of September, 2025.


                                            */s/ Timothy L. Brooks*
                                            TIMOTHY L. BROOKS
                                            UNITED STATES DISTRICT JUDGE